UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CYNTHIA WALLACE**     )<br>    **Plaintiff,**     )<br>    )<br>    )<br>    )<br>**v.**     )<br>    )<br>**NELSON, WATSON & ASSOCIATES, LLC**     )<br>    **Defendant**     )<br>    ) | CIVIL ACTION<br><br><br>PLAINTIFF CLAIMS<br>TRIAL BY JURY<br><br><br><br>AUGUST 1, 2011 |

## COMPLAINT

1.  This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*.

2.  Plaintiff, Cynthia Wallace, is a natural person residing in Hartford, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. § 1692a(3).

3.  The defendant, Nelson, Watson & Associates, LLC ("NW&A"), is a Massachusetts Limited Liability Company that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4.  Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1337.

5.  This Court has jurisdiction over NW&A because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. NW&A claimed that Plaintiff owed a consumer debt on an account that had been assigned to NW&A for collection purposes.

8. In an attempt to collect on the aforementioned account, in or around February 2011, NW&A called Plaintiff's home and left at least three messages on an answering machine in which it failed to state that the message was a communication from a debt collector and failed to state that it was an attempt to collect a debt.

9. NW&A violated the FDCPA.

WHEREFORE, the Plaintiff seeks recovery of actual damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

**PLAINTIFF, CYNTHIA WALLACE**

By: /s/Daniel S. Blinn_____
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax (860) 571-7457

2